Argued and submitted November 2, petition for judicial review dismissed December 23, 1987, reconsideration allowed by order, judicial review reinstated January 13, 1988 See 90 Or App 161, 751 P2d 246 (1988) for decision on merits

In the Matter of the Compensation of
Merlyn G. Johnsen, Claimant.

JOHNSEN,
*Petitioner,*

*v.*

HAMILTON ELECTRIC et al,
*Respondents.*

(WCB 83-06970; CA A42318)

746 P2d 1169

David C. Force, Eugene, argued the cause and submitted the brief for petitioner.

Brad Scheminske, Portland, argued the cause for respondents Argonaut Insurance Co. and Hamilton Electric. With him on the brief were Richard W. Davis, Bostwick & Lyons, Portland.

Darrell E. Bewley, Assistant Attorney General, Salem, argued the cause for respondent SAIF Corporation. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this worker's compensation case, claimant seeks a determination that he suffers from a compensable asbestos-related lung condition and that annual diagnostic chest x-rays are compensable. We dismiss the petition because the record indicates that all the parties were not served with a copy of the petition for judicial review as required by ORS 656.298(3). *Zurich Ins. Co. v. Diversified Risk Management,* 300 Or 47, 706 P2d 178 (1985).

Petition dismissed.